# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sloviter, Dolores K. | United States Court of Appeals for the Third Circuit | 01/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge - Senior | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

18614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | TIAA - CREF Annuities - Retirement Deferred Compensation. Amount received $47,890 during 2014 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T - com. stock | D | Dividend | M | T | | | | | |
| 2. Beneficial Mutual Bancorp - com. stock | A | Dividend | J | T | | | | | |
| 3. Bethlehem PA 3.625% | A | Interest | K | T | Buy | 10/03/14 | J | | |
| 4. McKeesport PA 3.875% | A | Interest | K | T | Buy | 07/02/14 | K | | |
| 5. Exelon - com. stock | C | Dividend | L | T | | | | | |
| 6. GE - com. stock | C | Dividend | O | T | | | | | |
| 7. IT&T Industries - com. stock (new) | A | Dividend | J | T | | | | | |
| 8. HanesBrand, Inc. - com. stock | A | Dividend | J | T | | | | | |
| 9. Hartford Fin. Services - com. stock | A | Dividend | J | T | | | | | |
| 10. Hillshire Brands Co. | A | Dividend | | | Sold | 09/03/14 | J | D | |
| 11. PSEG | A | Dividend | K | T | | | | | |
| 12. Exelis | A | Dividend | J | T | | | | | |
| 13. Xylem | A | Dividend | J | T | | | | | |
| 14. Vanguard Mun. Bond Funds - see VIII | G | Dividend | P1 | T | | | | | |
| 15. Vanguard Windsor II | F | Dividend | O | T | | | | | |
| 16. Vanguard Star Fund | C | Distribution | M | T | | | | | |
| 17. Vanguard 500 Index Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Allegheny Higher Ed., 4.5%, '22 | A | Interest | J | T | | | | | |
| 19. Allentown Pa Parking Auth. 5%, '38 | A | Interest | J | T | | | | | |
| 20. West Mifflin Pa Area S.D. B/E | A | Interest | K | T | | | | | |
| 21. Chambersburg S.D., 4.6%, '25 | B | Interest | K | T | | | | | |
| 22. Cecil Twp. Pa. 2.9% | B | Interest | L | T | | | | | |
| 23. Dauphin Cty., 4%, '26 | B | Interest | | | Sold | 12/30/14 | K | A | |
| 24. Greater Johnstown, 5%, '19 | A | Interest | J | T | | | | | |
| 25. Northampton, 5%, '39 | A | Interest | K | T | | | | | |
| 26. Northeastern, PA 4.5%, '26 | B | Interest | K | T | | | | | |
| 27. Pa. Hsg. Fin.Agency, 4.25, 24 | A | Interest | J | T | | | | | |
| 28. Pa.Hsg. Fin. Agency,5.0%, 23 | B | Interest | J | T | | | | | |
| 29. Pa. 4th Series, 4.5%, '24 | A | Interest | | | Sold | 7/1/14 | K | A | |
| 30. Pa. St. HFA, 4.5%, '24 | A | Interest | K | T | | | | | |
| 31. Pa. Turnpike, 4.75%, '27 | A | Interest | | | Sold | 9/17/14 | J | A | |
| 32. Pa. First Series B, 4.375%, '27 | A | Interest | K | T | | | | | |
| 33. Pa. St. Pub. Sch. Bldg., 4.3%, '27 | A | Interest | J | T | | | | | |
| 34. Pa. First Series B/E, 4.375%, '28 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pa. Turnpike, 5%, '39 | A | Interest | | | Sold | 9/17/14 | J | A | |
| 36. Pa. Hsg. Fin. Agency, 4.75%, '39 | B | Interest | | | Sold | 7/1/14 | J | A | |
| 37. Phila. Parking, 5.125%, '24 | A | Interest | J | T | | | | | |
| 38. Plum Boro Pa/SD 2.9% 25 | A | Interest | K | T | | | | | |
| 39. Reading, 4.45%, '27 | B | Interest | K | T | | | | | |
| 40. Reading S.D., 4.75%, '38 | B | Interest | K | T | | | | | |
| 41. Somerset S.D., 4.2%, '22 | A | Interest | K | T | | | | | |
| 42. Wells Fargo | A | Interest | K | T | | | | | |
| 43. Temple University Charitable Gift Annuity | A | Interest | K | T | | | | | |
| 44. Univ. of Pennsylvania Charitable Gift Annuity | A | Interest | K | T | | | | | |
| 45. Pa. Hg Fin. 4.625%, '31 | A | Interest | K | T | | | | | |
| 46. Reading Water 5.0, | B | Interest | K | T | | | | | |
| 47. Uniontown Area SD 4.35%, '34 | A | Interest | | | Sold | 10/01/14 | K | A | |
| 48. Frazier Pa. School District, 2.5% | A | Interest | K | T | | | | | |
| 49. Neshannock Twp. Pa School | B | Interest | L | T | | | | | |
| 50. Washington Pa Parking Authority 3%, '23 | B | Interest | L | T | | | | | |
| 51. Jeannette Pa School District, 2.75% | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Highridge Pa Wtr Auth '24 | B | Interest | L | T | | | | | |
| 53. Midd West Sch District PA, 3.25% | B | Interest | L | T | | | | | |
| 54. Oley Valley Pa School District | B | Interest | L | T | | | | | |
| 55. Fairfield Pa Area School, 2.65% | B | Interest | L | T | | | | | |
| 56. Deer Lakes School District PA, 3.0% | C | Interest | L | T | | | | | |
| 57. Mon Vly Pa Swr Auth 2.75%, '25 | B | Interest | L | T | | | | | |
| 58. Washington Cnty Pa Ser 3.25% '26 | C | Interest | L | T | | | | | |
| 59. Mifflin Cnty Pa Rfdg, 3.3%, 27 | C | Interest | M | T | | | | | |
| 60. T.D. Bank Cash Asscounts (X) | A | Interest | J | T | | | | | |
| 61. Janney Insured Money Market Fund (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The bond holding "Allentown Pa Parking Authority 5%, `38" was reportted twice in error on the 2013 report on lines 18 and 46. Therefore, it is listed once on line 19 of the 2014 report correctly.

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dolores K. Sloviter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544